```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :       INFORMATION
         - v. -                     :
                                    :       07 Cr.
RICHARD LOWE,                       :
                                    :
              Defendant.            :
                                    :
- - - - - - - - - - - - - - - - - -x
```

ORIGINAL

JAN 02 2008

**08 CRIM. 0001**

COUNT ONE

The United States Attorney charges:

1. On or about June 6, 2007, in the Southern District of New York, RICHARD LOWE, the defendant, unlawfully, willfully, and knowingly did possess a book, magazine, periodical, film, videotape, computer disk, and other material that contained images of child pornography that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, LOWE possessed on the hard drive of his computer five video files containing child pornography.

(Title 18, United States Code, Section 2252A(a)(5)(B).)

*[signature]*
MICHAEL J. GARCIA
United States Attorney