# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124   Fax: (914) 997-6872

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

April 30, 2008



Honorable George A. Yanthis
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   United States v. Richard Lowe
~~07 Mag. 1181 (GAY)~~
08 CR 0001 (SCR)

Dear Judge Yanthis,

I respectfully request that the Court extend the geographical boundaries of Richard Lowe's bail so that he may move his furniture to his sister, Carole Lowe's home at 2310 Hoskins Road, Burlington, North Carolina 27215 (tel no: (336) 229-1409). The proposed dates are from Saturday, May 10 thru Wednesday, May 14, 2008.

I have obtained the consent of the Assistant United States Attorney, Sarah Krissoff and Supervising Pretrial Service officer, Margaret A. Smusz.

If the Court approves this application. I request that the Court so indicate by endorsing this letter below.

Thank you for your attention in this matter.

Very truly yours,

Susanne Brody

SB/hc

cc:   Sarah Krissoff, Esq.
      Assistant United States Attorney

      Margaret A. Smusz
      Supervising Pretrial Services Officer

      Mr. Richard Lowe

Approved:

SO ORDERED:
Hon. George A. Yanthis
United States Magistrate Judge.
5/2/08